AO 440 (Revised 06/12) Summons in A Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

| | |
|---|---|
| RODNEY SMITH, LTD., <br><br>　　　　　　Plaintiff, <br><br>　v. <br>FSTOPPERS, LLC, <br><br>　　　　　　Defendant. | CIVIL ACTION NO.: 2:23-cv-4455-RMG |

### SUMMONS IN A CIVIL ACTION

**TO:**　FSTOPPERS, LLC
　　　　c/o Patrick Hall, Registered Agent
　　　　127 Fishburne Street
　　　　Charleston, South Carolina  29403

A lawsuit has been filed against you.

　Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

　　　　Bernie W. Ellis
　　　　Burr & Forman LLP
　　　　Post Office Box 447
　　　　Greenville, SC 29602

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　*Clerk of Court*

Date:　9/5/2023　　　　　　　　　　　　　　　　s/ D. Gray
　　　　―――――――――――――――　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*



AO 440 (Rev 06/12) Summons in a Civil Action

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

Service of the Summons and Complaint was made by me[1]                                           DATE

NAME OF SERVER (PRINT)                                                      TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

TRAVEL                           SERVICES                                                            TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    *Date*                                              *Signature of Server*

                                                       _____
                                                                         *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.